August 13, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ALAVOOR VASUDEVAN, Appellant

NO. 14-14-00765-CV                          V.

DEEPA VASUDEVAN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Deepa Vasudevan, signed August 15, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Alavoor Vasudevan to pay all costs incurred in this appeal.

We further order this decision certified below for observance.